UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Abdelnasser Ahmad, Debtor            )            Case No. 19-34327-KLP
                                            )            Chapter 13

**ORDER**

The Debtor, Abdelnasser Ahmad, filed a voluntary petition under chapter 13 of the Bankruptcy Code on August 20, 2019. On November 20, 2019, the Chapter 13 Trustee filed a motion to dismiss the Debtor's case with prejudice ( the "Motion to Dismiss"), alleging that the Debtor had failed to file current required documents and that the Debtor filed for dismissal of his previous case following relief from the automatic stay by his mortgage company, and that his repetitive bankruptcy filings demonstrated a lack of good faith, and his failure to make meaningful progress in recent bankruptcy filings caused an unreasonable delay that was prejudicial to creditors.

The Court conducted a hearing on the Motion to Dismiss on December 18, 2019 (the "Hearing"). The Debtor was present. Section 521(a)(1) of the Bankruptcy Code describes the Debtor's duty to file various current statements and schedules reflecting his debts, assets, income and expenses 11 U.S.C. §521(a)(1).

The Court finds 11 U.S.C. §109(g)(2) provides an individual may not be a Debtor within 180 days of the dismissal of a previous case if the previous case was dismissed after the Debtor requested and obtained a voluntary dismissal after the filing of a request of relief from the automatic stay provided by Section 362. The Debtor in this case did request and receive a

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
Chapter 13 Trustee
7202 Glen Forest Dr.
Suite 202
Richmond, Virginia 23226
(804) 775- 0979

voluntary dismissal in case No. 18-30524-KRH after a creditor filed relief from the automatic stay. Case No. 18-30524-KRH was dismissed on August 9, 2019.

The Court further finds the present case was filed on August 20, 2019 within 180 days after Case No. 18-30524-KRH was dismissed and therefore the Debtor was not eligible to file the present case.

The Court further finds that the Debtor has failed to proceed in good faith. The Debtor has been provided the benefit of the automatic stay, while failing to make progress in repaying his creditors through the bankruptcy system. The Court finds sufficient cause to warrant dismissal of this case with prejudice.

Accordingly, it is

**ORDERED** that this case be dismissed with prejudice; and

**FURTHER ORDERED** that the Debtor be, and hereby is prohibited and enjoined from filing another bankruptcy case under Chapter 13 of the Bankruptcy Code in any district of the United States for a period of one year from the entry of this order.

The Clerk shall serve a copy of this Order on the Debtor and the Chapter 13 Trustee, and a notice of the dismissal order shall be sent to all creditors and parties in interest.

Dated: Dec 27 2019

/s/ Keith L Phillips

UNITED STATES BANKRUPTCY JUDGE

RICHMOND, VIRGINIA

Entered on Docket: Dec 27 2019

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
Chapter 13 Trustee
7202 Glen Forest Dr.
Suite 202
Richmond, Virginia 23226
(804) 775- 0979

I ASK FOR THIS:
**/s/ Suzanne E. Wade**
**Chapter 13 Trustee**
Virginia State Bar Number 31868
7202 Glen Forest Dr.
Suite 202
Richmond, Virginia 23226
(804) 775-0979

**PROOF OF SERVICE**

I hereby certify that a true copy of the foregoing Order has been served upon all necessary parties electronically or by first-class mail, postage prepaid, this 23rd day of December, 2019.

Abdelnasser Ahmad, Pro Se Debtor
5140 Red Bud Rd
Fredericksburg, VA 22407

David W. Gaffey, Esquire
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA  22042
dgaffey@wtplaw.com

Darrelyn Thomas
RAS Crane, LLC
10700 Abbotts's Bridge Road, Suite 170
Duluth, GA  30097
dthomas@rascrane.com

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
Chapter 13 Trustee
7202 Glen Forest Dr.
Suite 202
Richmond, Virginia 23226
(804) 775- 0979

Avi Schild
c/o Atlas Acquisitions, LLC
294 Union St.
Hackensack, NJ  07601

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
Chapter 13 Trustee
7202 Glen Forest Dr.
Suite 202
Richmond, Virginia 23226
(804) 775- 0979